# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| ANTONIO D. WASHINGTON, | Case No. 3:15-cr-00104-SLG |
| Defendant. | |

## ORDER REGARDING *PRO SE* LETTER

On November 23, 2020, the Court received the attached *pro se* letter from defendant Antonio D. Washington, dated November 19, 2020. Mr. Washington's letter seeks reconsideration of the Court's denial of his motion for compassionate release.

The Court will take no further action based on Mr. Washington's letter for three reasons. First, Attorney Jane Imholte is listed as the defendant's counsel of record. Earlier this week, the Court ordered Ms. Imholte to give notice of her status of representation of Mr. Washington; the status is not due until November 30, 2020.[1] At this time, Mr. Washington is still represented by counsel.

Second, earlier this week the Court denied reconsideration of the denial of compassionate release.[2]

---

[1] Docket 92 at 1–2.

[2] Docket 92 at 2.

Third, earlier this week Mr. Washington filed, and the Court accepted, a notice of appeal of the denial of compassionate release.[3]  The Ninth Circuit has received the notice of appeal, issued a docket number, and set a briefing schedule.[4]  This Court no longer has jurisdiction to hear a motion for reconsideration of the compassionate release denial because the denial is the subject of the appeal.[5]  Mr. Washington must seek any relief related to the compassionate release denial from the Ninth Circuit, not from this Court.

The Clerk of Court is directed to docket Mr. Washington's letter as an exhibit to this order and is directed to serve the defendant and counsel of record with a copy of this order.  The Court will take no further action based on the defendant's letter.

DATED this 25th day of November, 2020, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] Docket 92 at 1.

[4] Docket 93; Docket 94.

[5] *United States v. Sadler*, 480 F.3d 932, 941 (9th Cir. 2007) ("Once a notice of appeal is filed, the district court loses jurisdiction over a case."); *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

Case No. 3:15-cr-00104-SLG, *United States v. Washington*
Order Re *Pro Se* Letter
Page 2 of 2
Case 3:15-cr-00104-SLG   Document 95   Filed 11/25/20   Page 2 of 2